09-0232-cv
Falso v. Sutherland Global Servs.

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29ᵗʰ day of April, two thousand ten.

PRESENT: DENNIS JACOBS,
                    **Chief Judge**,
         JOSEPH M. McLAUGHLIN,
         ROBERT D. SACK,
                    **Circuit Judges**.

- - - - - - - - - - - - - - - - - - - -X
Anthony Falso,
         **Plaintiff-Appellant**,

         **-v.-**                                    09-0232-cv

Sutherland Global Services, Kristine
Barlett, Maria Smith, Angela Sorrell,
         **Defendants-Appellees**,

Sheila Andelson, Rebecca Klimek,
Valerie Moschiano, James Nichols,
Pamela Sheets,
         **Defendants**.
- - - - - - - - - - - - - - - - - - - -X

1

**FOR APPELLANT:**	Anthony Falso, pro se, Rochester, NY.

**FOR APPELLEE:**	Linda Prestegaard, Phillips Lytle LLP, Rochester, NY.

Appeal from a judgment of the United States District Court for the Western District of New York (Larimer, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED.**

Anthony Falso, pro se, appeals from a January 13, 2009 judgment of the United States District Court for the Western District of New York (Larimer, J.).  Falso claims, inter alia, employment discrimination and a hostile work environment violative of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq.  In the order relevant to this appeal, the district court dismissed Falso's claims, directing summary judgment for the defendants.  We otherwise assume the parties' familiarity with the underlying facts, the case's procedural history, and the issues on appeal.

The grant of summary judgment is reviewed de novo.  E.g. Miller v. Wolpoff & Abramson, L.L.P., 321 F.3d 292, 300 (2d Cir. 2003).  Summary judgment is appropriate where, drawing "all factual inferences . . . in favor of the non-moving party[,] . . . there are no genuine issues of material fact and . . . the moving party is entitled to judgment as a matter of law."  Id. (citation omitted).  On review, we find no error, and affirm for substantially the reasons stated by the district court in its summary judgment order.

We have considered Falso's remaining arguments and find them to be without merit.  The district court's judgment is accordingly **AFFIRMED.**

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK